IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 11-773 (SLR) (CJB) |
| HERAEUS PRECIOUS METALS NORTH AMERICA CONSHOHOCKEN LLC, | ) ) ) | |
| Defendant. | ) ) | |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff E.I. DuPont de Nemours and Company ("Plaintiff") and Defendant Heraeus Precious Metals North America Conshohocken LLC ("Defendant") have settled Plaintiff's claims for relief against Defendant and Defendant's counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendant with prejudice and to dismiss Defendant's counterclaims for relief against Plaintiff without prejudice as moot and with all attorneys' fees, costs of court and expenses borne by the party incurring same and to enter an order in the form attached hereto effectuating the same.

| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Bindu A. Palapura* | */s/ Paul Saindon* |
| Richard L. Horwitz (#2246) | Jack B. Blumenfeld (#1014) |
| David E. Moore (#3983) | Paul Saindon (#5110) |
| Bindu A. Palapura (#5370) | Jeremy A. Tigan (#5239) |
| Hercules Plaza, 6th Floor | 1201 North Market Street |
| 1313 N. Market Street | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 984-6000 | (302) 658-9200 |
| rhorwitz@potteranderson.com | jblumenfeld@mnat.com |
| dmoore@potteranderson.com | psaindon@mnat.com |
| bpalapura@potteranderson.com | jtigan@mnat.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

OF COUNSEL:

Sean G. Gallagher, Esquire
Adam K. Mortara, Esquire
Michael J. Valaik, Esquire
Matthew W. Brewer, Esquire
Ashe L.I. Spencer, Esquire
BARTLIT BECK HERMAN PALENCHAR
 & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654

OF COUNSEL:

Maximilian A. Grant
Matthew J. Moore
Elizabeth M. Roesel
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

Chi Cheung
LATHAM & WATKINS LLP
885 3rd Ave
New York, NY 10022
(212) 906-1200

October 28, 2013
7731466